NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――――

**DEFENDERS OF THE AMERICAN DREAM, LLC,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

**KATHERINE K. VIDAL, Under Secretary of
Commerce for Intellectual Property and
Director of the United States Patent and
Trademark Office,**
*Intervenor*

―――――――――――

**2022-2058**

―――――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00112.

―――――――――――

## O R D E R

The appellant having failed to file the required Entry of Appearance form by an attorney admitted to the bar of this court, it is

2    DEFENDERS OF THE AMERICAN DREAM, LLC v. GOOGLE LLC

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules. All pending motions are denied as moot.

FOR THE COURT

October 6, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

**ISSUED AS A MANDATE:** October 6, 2022